FILED
ASHEVILLE, NC

AUG 04 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **1:26CR-** 54-MR-WCM |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| JAIR NORELL JOHNSON | ) | Violations: |
| AKA "NOAH" | ) | 18 U.S.C. § 875(c) |
| | ) | 18 U.S.C. § 2261A(2)(A), (B) |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNTS ONE THROUGH SEVENTEEN**

On or about the dates set forth in the table below, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**JAIR NORELL JOHNSON**

knowingly and willfully did transmit in interstate and foreign commerce, communications, sent by text message, email, and other forms of electronic communication, and those communications contained threats to injure "K.B."

The defendant transmitted these communications for the purpose of issuing the threats, and with knowledge that the communications would be viewed as threats.

| COUNT | OFFENSE DATE | THREAT |
|---|---|---|
| ONE | June 6, 2026 | "Post all the pictures you want acting all innocent bitvh [sic]… once you get found you're done bitch…chase all the dick you want you want [sic] see [K.B.'s birthdate] watch" |
| TWO | June 6, 2026 | "Once I get current intel you're done bitch…Your days of being a dick chasing cum bucket will be over shortly..real soon bitch…enjoy it now laugh now...soon you won't be laughing bitch" |
| THREE | June 6, 2026 | "you're going to done bitch…blood and bone you dick chasing smut… you're going to be of [sic] this earth." |
| FOUR | June 6, 2026 | "You have 2 weeks left enjoy em now." |
| FIVE | June 6, 2026 | "Just delaying the inevitable you're going to pay…you're going to be off this earth bitch watch…" |
| SIX | July 25, 2026 | "Hide behind cops don't matter you're gonna get got bitch… you're gonna die for what you did" |
| SEVEN | July 28, 2026 | "You're going to die for what you did bitch watch." |
| EIGHT | July 29, 2026 | "Gonna kill you bitch… you dumb smut… you're gonna die for being a fake ass lying traitor…" |
| NINE | July 29, 2026 | "Find you… and kill your dumb thot ass you think you won but you're going to die soon" |
| TEN | July 30, 2026 | "Going to kill you no matter what it takes bitch" |
| ELEVEN | July 30, 2026 | "Once I find you I'm gonna kill you bitch" |
| TWELVE | July 30, 2026 | "No matter what I have to do I'm going to fucking kill you for all the shit you did." |
| THIRTEEN | July 30, 2026 | "I'm going to kill you that's the only way shit can be fair" |
| FOURTEEN | July 31, 2026 | "You're going to die… nothing will change my mind" |
| FIFTEEN | August 2, 2026 | "Gonna fucking kill your whore ass" |
| SIXTEEN | August 2, 2026 | "Your gonna die bitch" |

2

| | August 3, 2026 | "No matter what it takes you're gonna die.. you 2 face whore" |
| SEVENTEEN | | |

All in violation of Title 18, United States Code, Section 875(c).


## COUNT EIGHTEEN

Between in on or about September 2025 and August 2026, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

### JAIR NORELL JOHNSON

with the intent to harass, and intimidate a person whose initials are K.B., used an electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, namely, email, the internet, cellular telephone networks and text messages, to engage in a course of conduct that placed K.B. in reasonable fear of death and serious bodily injury to K.B. and engaged in a course of conduct that attempted to cause, caused, and would reasonably be expected to cause substantial emotional distress to K.B.

In violation of Title 18, United States Code, Section 2261A(2)(A) and (B).


A TRUE BILL:


RUSS FERGUSON
UNITED STATES ATTORNEY

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY


3